IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACK DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 7:18-cv-492 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC INSTITUTE | ) United States District Judge |
| AND STATE UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

All nondispositive pretrial motions and issues are hereby referred to United States Magistrate Judge Robert S. Ballou pursuant to 28 U.S.C. § 636(b)(1)(A).

The Clerk shall send copies of this order to the parties.

It is so ORDERED.

Entered: December 13, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge