# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JACK DOE, | ) |
|    Plaintiff, | ) |
| v. | )    Case No. 7:18cv492 |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al., | ) |
|    Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Virginia Polytechnic Institute and State University, Timothy Sands, Frank Shushok, Jr., Angela D. Simmons, Katie Reardon Polidoro, Rohsaan Settle, Katie Bylenga, and Caroline Green (collectively "Defendants"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court for entry of an Order dismissing the claims against Defendants in the Second Amended Complaint for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, TIMOTHY SANDS, FRANK SHUSHOK, JR., ANGELA D. SIMMONS, KATIE REARDON POLIDORO, ROHSAAN SETTLE, KATIE BYLENGA, AND CAROLINE GREEN

By:    /s/ _____
*Counsel for Defendants*



FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
Winston W. Burks, IV (VSB #: 93411)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
           nschnetzler@faplawfirm.com
           wburks@faplawfirm.com


Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Stephen F. Capaldo (VSB No.: 74045)
*scapaldo@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24060
Phone: (540) 231-6293
Fax: (540) 231-6474



## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                              /s/ Nathan H. Schnetzler
                                                           Of Counsel


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia