IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| JACK DOE,<br><br>      Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, TIMOTHY SANDS, FRANK SHUSHOK, JR., KATIE REARDON POLIDORO, FRANCES KEENE, ENNIS MCCRERY AND AARON REISTAD, *employees of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally,*<br><br>      Defendants. | Civil Action No. 7:18-cv-492 |

## Motion for Voluntary Dismissal

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Parties, move the Court to dismiss this case, with prejudice. In support of their motions, the Parties represent that they have compromised and settled all issues in dispute and entered into a written Settlement Agreement. The parties also move that the Settlement Agreement be deemed a scholastic record under Virginia Code § 2.2-3700, *et seq* and an education record under 20 U.S.C. § 1232g, *et seq.* Finally, the Parties request that the Court retain jurisdiction over this matter to enforce the Settlement Agreement. Wherefore, the Parties move that this action be dismissed in its entirety

with prejudice, with each party to pay their own costs and attorney fees.

DATED: June 2, 2020                                  Respectfully submitted,

FRITH ANDERSON + PEAKE, P.C.          HARVEY & BINNALL, PLLC

/s/                                                              /s/
Katherine C. Londos (VSB #: 36848)      Jesse R. Binnall (VSB No. 79292)
Nathan H. Schnetzler (VSB #: 86437)     717 King Street, Suite 300
29 Franklin Road, SW                              Alexandria, VA 22314
P.O. Box 1240                                             Telephone: (703) 888-1943
Roanoke, Virginia 24006-1240               Fax: (703) 888-1930
Telephone: (540) 772-4600                     jbinnall@harveybinnall.com
Fax:   (540) 772-9167
Email:  klondos@faplawfirm.com
            nschnetzler@faplawfirm.com

Kay Heidbreder (VSB No.: 22288)         NESENOFF & MILTENBERG LLP
University Legal Counsel and                 Andrew T. Miltenberg
Senior Assistant Attorney General        Tara J. Davis
M. Hudson McClanahan (VSB No.: 46363)  363 Seventh Avenue, 5th Floor
Stephen F. Capaldo (VSB No.: 74045)    New York, NY 10001-3904
Kristina J. Hartman (VSB No.: 92279)   Telephone: (212) 736-4500
Associate University Legal Counsel and  Facsimile: (212) 736-2260
Assistant Attorney General                    Email: amiltenberg@nmllplaw.com
University Legal Counsel (0121)                      tdavis@nmllplaw.com
Burruss Hall, Suite 236,
Virginia Tech                                              *Attorneys for Plaintiff*
800 Drillfield Drive
Blacksburg, VA  24060
Telephone: (540) 231-6293
Email:  heidbred@vt.edu
            hud3@vt.edu
            scapaldo@vt.edu
            kjhart06@vt.edu

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, a true and genuine copy of the foregoing was served via electronic mail by the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com